UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT EUGENE HARRISON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RONALD DAVIS,<br><br>　　　　　Respondent. | No. 2:15-cv-2649 CKD P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has consented to have all matters in this action before a United States Magistrate Judge. See 28 U.S.C. § 636(c).

　　　　Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

　　　　Court records reveal that petitioner has previously filed an application for a writ of habeas corpus, which was dismissed as time-barred,[1] attacking the conviction and sentence challenged in this case. Therefore, before petitioner can proceed with the instant habeas petition, he must move

---

[1] 2:99-cv-1815 LKK JFM P

in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider his successive petition. 28 U.S.C. § 2244(b)(3).[2] Accordingly, petitioner's habeas petition must be dismissed without prejudice to its refiling upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: February 29, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] harr2649.suc

[2] Dismissal of a habeas petition as time-barred renders subsequent petitions successive for purposes of 28 U.S.C. § 2244(b).